TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-11-00804-CV
 
 




 

 

Airickison Tavar Nelson a/k/a Erikson Nelson,
Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th District Court OF Tom Green COUNTY, 
 NO. C-10-0041-CPS, The Honorable Jay
 K. Weatherby, JUDGE PRESIDING
 
 




 

 


 
 
 O R D E R
  
 PER CURIAM
 Appellant Airickison Tavar
 Nelson a/k/a Erikson Nelson filed his notice of appeal on November
 28, 2011.  The appellate record
 was complete April 12, 2012,
 making appellant=s brief
 due May 2, 2012.  To date, appellant=s
 brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellant=s
 brief no later than May 29, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt of court.
 It is ordered on May 11, 2012.
  
 Before
 Justices Puryear, Henson and Goodwin